# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAELA WHITTEN,**<br><br>                    Plaintiff,<br><br>v.<br><br>**TRINITY HOPE ASSOCIATES, LLC,**<br><br>                    Defendants. | Case No: 2:14-CV-02239-WBS-AC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**HON. WILLIAM B. SHUBB** |

Based upon Plaintiff's Request for Voluntary Dismissal of Action With Prejudice, and good cause, this Court hereby orders the dismissal of the Action With Prejudice.  This court retains jurisdiction for purposes of settlement.

IT IS SO ORDERED.

Dated:  January 16, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*The David Epstein Law Firm*